IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV361-3-MU
(3:03CR218-MU)

| | |
|---|---|
| CHRISTOPHER REGINALD HINES, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | |
| ) | **O R D E R** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

UPON MOTION of the United States for an enlargement of time within which to file its responsive pleading to Petitioner's Motion under 28 U.S.C. § 2255, and for good cause shown,

IT IS HEREBY ORDERED that the United States shall have up to and including December 7, 2007, to file its responsive pleading.

Signed: November 20, 2007

Graham C. Mullen
United States District Judge