UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV361-3-MU
3:03CR218-MU

| | |
|---|---|
| CHRISTOPHER REGINALD HINES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion to Reconsider Denial of Motion for Bond Pending 28 U.S.C. § 2255 Review" (Document No. 13.)

On November 13, 2007 Petitioner filed a Motion for Bond Pending 28 U.S.C. § 2255 Review (Document No. 9.) This Court denied Petitioner's motion by Order dated November 15, 2007 (Document No. 10). Petitioner filed the instant motion for reconsideration of this Court's Order denying bond pending 28 U.S.C. § 2255 Review on November 30, 2007 arguing that he did state a substantial federal constitutional claim supported by law and facts in his previous motion. Petitioner also added that he has developed a serious neck problem requiring surgery on his neck which he would like to have done at Ortho Carolina and his internet company is in serious decline and in need of his attention.

Mr. Hines' motion for reconsideration still does not satisfy the high standard governing motions for release pending appeal.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Petitioner's Motion to

1

Reconsider Denial of Motion for Bond Pending 28 U.S.C. § 2255 Review is **DENIED** (Document No. 13.)

**SO ORDERED**.

Signed: December 10, 2007

Graham C. Mullen
United States District Judge