IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV361-3-MU
(3:03CR218-MU)

| | |
|---|---|
| CHRISTOPHER REGINALD HINES, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the Respondent's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion for discovery.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the United States shall have to and including April 9, 2008, in which to file its responsive pleading.

Signed: April 3, 2008

Graham C. Mullen
United States District Judge