IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV361-3-MU
(3:03CR218-MU)

| | |
|---|---|
| CHRISTOPHER REGINALD HINES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Respondent's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion for discovery.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the United States shall have to and including April 16, 2008, in which to file its responsive pleading.

Signed: April 10, 2008

Graham C. Mullen
United States District Judge