# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher Reginald Hines,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-cv-361-MU
(3:03-CR-218-MU)

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2009 Order.

October 1, 2009

Frank G. Johns, Clerk
United States District Court